

**IN THE**
**TENTH COURT OF APPEALS**

---

**No. 10-15-00071-CR**

**IN RE JAY CHUNG**

---

**Original Proceeding**

---

**MEMORANDUM OPINION**

---

Jay Chung's conviction was affirmed as to his guilt but reversed and remanded for a new trial as to punishment. *Chung v. State*, No. 10-13-00307-CR, 2014 Tex. App. LEXIS 11724 (Tex. App.—Waco Oct. 23, 2014, pet. ref'd). Chung filed a petition for discretionary review with the Court of Criminal Appeals. The Court of Criminal Appeals recently refused discretionary review. *In re Chung*, PD-1492-14, 2015 Tex. Crim. App. LEXIS 169 (Tex. Crim. App. Feb. 11, 2015).

Chung has filed a pro se petition for writ of mandamus seeking to compel the trial court to immediately proceed to the retrial of the issue of punishment. The trial court cannot proceed with the retrial of Chung's punishment until the mandate issues

from this Court.  The mandate cannot issue until at least 10 days after the time for a rehearing of the petition for discretionary review has expired.  *See* TEX. R. APP. P. 18.1 (a)(2) & (b).  That time has not expired.  Thus, we have not issued our mandate.

Accordingly, Chung's petition for writ of mandamus is denied.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Petition denied
Opinion delivered and filed March 5, 2015
Do not publish
[OT06]

